**Order entered October 6, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00163-CV

### RICHARD BROCK COMPTON, ET AL., Appellants

### V.

### KELLY MARIE HOGLUND COMPTON, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-25368**

## ORDER

Before the Court is appellants' October 5, 2021 unopposed fourth motion for extension of time to file their brief. Appellants request an eight-day extension and explain that global settlement negotiations that began in July with appellee are stalled, but the court-appointed receiver has proposed to settle discrete issues that could impact the scope of the appeal.

We **GRANT** the motion and **ORDER** the brief be filed no later than October 15, 2021. We caution appellant that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE